## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| **v.** | § | **NO.** | **MO:20-CR-00184 (01)** |
| | § | | |
| **ERIC MICHAEL MENDOZA** | § | | |

## <u>ORDER</u>

**BEFORE THE COURT** is Defendant's Motion for Compassionate Release – First Step Act Pursuant to 3582(c)(1)(A)(i) (Doc. 35) filed March 8, 2021.  To the extent the Defendant seeks a compassionate release under the First Step Act, his motion is **DISMISSED WITHOUT PREJUDICE** to the refiling the motion after he has exhausted his administrative remedies at the Bureau of Prisons[i].

The Clerk of the Court is directed to mail a copy of this Order to:

**Eric Michael Mendoza**
**Reg. No. 11947-078**
**FMC Butner**
**P.O. Box 1600**
**Butner, NC 27509**

It is so **ORDERED**.

**SIGNED** this 7th day of May, 2021.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

---

[i] The Court notes at the time of the Defendant's original filing he was located at a holding facility and unable to exhaust his administrative remedies.  A check of www.bop.gov, shows the Defendant been transferred to FMC Butner and is now able to exhaust his administrative remedies.